UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARASE DORSEY,

    Plaintiff,

v.

WILLIAM ASHLEY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-550

HON. JANE M. BECKERING

### ORDER

Defendants William Ashley, L. Paul Bailey, and Berrien County Sheriff's Department filed a Motion to Dismiss (ECF No. 4), arguing that Plaintiff failed to state grounds for this Court's jurisdiction and has failed to allege sufficient facts to support one or more of the claims in the Complaint. Without expressing any view as to the merits of the motion, the Court will afford Plaintiff the opportunity to cure the allegedly inadequate pleading by granting Plaintiff leave to file an amended complaint, as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. Any amended complaint must plead a sufficient jurisdictional basis and sufficient factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *See* FED. R. CIV. P. 8(a) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007). If Plaintiff timely files an amended complaint, then the Court will deny the motion to dismiss as moot. If Plaintiff does not timely file an amended complaint, then Plaintiff must file a response to the motion to dismiss, and the Court will decide the motion.

    Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff must file either (a) an amended complaint within 21 days after service of the motion to dismiss, FED. R. CIV. P. 15(a)(1)(B); or (b) a response to the motion to dismiss within 28 days after service of the motion to dismiss, W.D. Mich. LCivR 7.2(c).


Dated: August 15, 2022         /s/ Jane M. Beckering
                               JANE M. BECKERING
                               United States District Judge