UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARASE DORSEY,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE WILLIAM ASHLEY, Individually and in his official capacity; SHERIFF L. PAUL BAILEY, Individually and in his official capacities; MICHIGAN STATE POLICE; BERRIEN COUNTY SHERIFF'S DEPARTMENT; and any unknown, yet to be discovered liable persons or entities,<br><br>    Defendants. | Case No. 1:22-cv-00550<br><br>Hon. Jane M. Beckering |

| | |
|---|---|
| John R. Beason III<br>The J.R. Beason Firm PLLC<br>Attorney for Plaintiff<br>853 McAlister Street<br>Benton Harbor, MI  49022<br>(269) 213-1426<br>Jrbeason3@TheJRBeasonFirm.com | James T. McGovern (P79410)<br>James M. Straub (P21083)<br>STRAUB, SEAMAN & ALLEN, P.C.<br>Attorneys for Defs. Ashley, Bailey and Berrien County Sheriff's Department<br>1014 Main Street, P.O. Box 318<br>St. Joseph, MI  49085<br>Tel: (269) 982-1600<br>jmcgovern@lawssa.com<br>jstraub@lawssa.com |

**DEFENDANTS BERRIEN COUNTY SHERIFF'S DEPARTMENT, WILLIAM ASHLEY AND L. PAUL BAILEY'S MOTION TO STRIKE PURSUANT TO RULE 12(f)**

**ORAL ARGUMENT REQUESTED**

Defendants, Berrien County Sheriff's Department, William Ashley and L. Paul Bailey, through its counsel, Straub, Seaman & Allen, P.C., Motions this Honorable Court to Strike Plaintiff's Amended Complaint pursuant to FED. R. CIV. 12(f) due to its untimely filing in

violation of Court Order and states the following in support:

1. Plaintiff Charase Dorsey filed a Complaint in this Court which appears to allege that she was illegally detained by the named Defendants that resulted in the deprivation of her rights. Plaintiff invoked the jurisdiction of this Court on the basis of 28 U.S.C § 1331.  [ECF No.1].

2. On August 9, 2022, these Defendants filed a Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) that requested this Court to dismiss the Complaint in its entirety given Plaintiff's failure to state a claim upon which relief can be granted. [ECF No. 4].  Plaintiff lacked subject matter jurisdiction because Count III was the sole federal claim presented and that Count lacked any substantive relation to an appropriate and applicable federal question. [ECF No. 4 and Supporting Brief at ECF No. 5].

3. On August 15, 2022, the Court issued an Order stating that "Plaintiff must file either (a) an amended complaint within 21 days after service of the motion to dismiss, FED. R. CIV. P. 15(a)(1)(B); or (b) a response to the motion to dismiss within 28 days after service of the motion to dismiss, W.D.Mich LCivR 7.2(c)." [ECF No. 6, Page ID.58].

4. Per the Court Order, Plaintiff was required to either (a) file an amended complaint by August 30, 2022 (21-days after the filing of the Motion to Dismiss) or (b) file a response to the Motion to Dismiss by September 6, 2022 (28-days after the filing of the Motion to Dismiss). [ECF No. 6].

5. Plaintiff filed an Amended Complaint on September 8, 2022. [ECF No. 8].

6. The new Complaint is essentially identical as the initial Complaint and contains the same deficiencies addressed in the Defendants' Motion to Dismiss; the only change is the deletion

of a prior defendant from the caption.  [ECF No. 8 compared to ECF. No. 1].  None of Counts were amended.  [ECF No. 8 compared to ECF. No. 1].

7.  Plaintiff titled this filing as "Plaintiff's Complaint and Request for Damages" and not as an amendment.  [ECF No. 8].

8.  Moreover, like the initial Complaint, Plaintiff's new Complaint fails to identify any specific, jurisdictional, factual, and/or legal basis for Plaintiff's alleged claim(s), what state or federal statutory provision or Michigan Common Law claim is specifically being alleged,  whom each claim(s) is directed against, or what remedy(ies) Plaintiff is seeking relative to each claim beyond a general recitation of laws (some of which are not even applicable to this State) communicated in a rambling and largely incomprehensible presentation without citation of authority.   These are the exact issues address in Defendants' pending Motion to Dismiss.

9.  Therefore, the new Complaint wholly fails to resolve, or address, any of the issues presented in Defendants' Motion to Dismiss.

10.  Additionally, the filing of Amended Complaint was untimely and in violation of the Court Order.   [ECF No. 6].

11.  Lastly, Plaintiff did not timely file a Response to the Motion to Dismiss (due to be filed on September 6, 2022).  [ECF No. 6, Page ID.58].

12.  Defendants complied with L. Civ. R. 7.1(d).  Counsel for Berrien Defendants e-mailed Plaintiff's Counsel on September 8, 2022 to obtain concurrence on this motion to strike; no response was received as of the time of this filing.  Upon information and belief, the plaintiff does not so concur.

**STRAUB, SEAMAN & ALLEN, P.C.**

1014 MAIN ST., ST. JOSEPH, MI 49085  269.982.1600
2810 EAST BELTLINE LANE NE, GRAND RAPIDS, MI 49525  616.530.6555

**Wherefore,** Defendants pursuant to FED. R. CIV. 12(f) move this Honorable Court to Strike Plaintiff's Amended Complaint and dismiss the case outright because no amendment to any Count was filed, the newly filed complaint was untimely, and no response to the motion to dismiss was filed.

Respectfully submitted,

Dated:  September 9, 2022             STRAUB, SEAMAN & ALLEN, P.C.

/s/ *James T. McGovern*
James T. McGovern  (P79410)
James M. Straub  (P21083)
Attorneys for Defendants Detective William Ashley, Sheriff L. Paul Bailey and Berrien County Sheriff's Department